ORIGINAL    SEALED



FILED

OCT - 9 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

**JASON JAVON FRANKLIN,**
**MARIELLE TRAMANIE SMITH,**
**SHERL DEAN BATISE, and**
**NICHOLES ANDREW KERR,**

    *Defendants.*

**SEALED**

Case No. **24 CR 167 RAW**

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

### CONSPIRACY TO COMMIT MURDER
### [18 U.S.C. § 1117]

Beginning in or about October 2023, and continuing until on or about November 28, 2023, in the Eastern District of Oklahoma and elsewhere, **JASON JAVON FRANKLIN**, **MARIELLE TRAMANIE SMITH**, and **SHERL DEAN BATISE**, defendants, and others known and unknown, did knowingly and intentionally conspire, confederate, and agree together and with each other to violate Section 1111 of Title 18, United States Code.

In furtherance of such agreement and conspiracy and to effect the objects thereof, the defendants and unindicted co-conspirators committed the following overt acts, among others:

1. In or about October 2023, **MARIELLE TRAMANIE SMITH** offered to pay **JASON JAVON FRANKLIN** to kill Victim in retaliation for Victim's cooperation with federal law enforcement and to prevent Victim's testimony in an official proceeding against **MARIELLE**

**TRAMANIE SMITH** and **JASON JAVON FRANKLIN**.

2. In or about October 2023, **JASON JAVON FRANKLIN** agreed to kill Victim in retaliation for Victim's cooperation with federal law enforcement and to prevent Victim's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH** and **JASON JAVON FRANKLIN**.

3. On or about November 28, 2023, **SHERL DEAN BATISE** drove **JASON JAVON FRANKLIN** to Victim's residence so that **JASON JAVON FRANKLIN** could kill Victim.

4. On or about November 28, 2023, **JASON JAVON FRANKLIN** entered Victim's residence and killed Victim by shooting Victim with a firearm.

5. On or about November 28, 2023, **SHERL DEAN BATISE** drove back to the area of Victim's residence and picked up **JASON JAVON FRANKLIN** to avoid apprehension by law enforcement.

All in violation of Title 18, United States Code, Section 1117.

## COUNT TWO

### CONSPIRACY TO TAMPER WITH A WITNESS AND INFORMANT BY KILLING
### [18 U.S.C. §§ 1512(a)(1)(A), 1512(k), & 1512(j)]

Beginning in or about October 2023, and continuing until on or about November 28, 2023, in the Eastern District of Oklahoma and elsewhere, **JASON JAVON FRANKLIN, MARIELLE TRAMANIE SMITH,** and **SHERL DEAN BATISE,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree to commit the following offense against the United States, to wit: Tampering With a Witness and Informant by Killing with the intent to prevent the testimony of Victim in an official proceeding, contrary to Title 18, United States Code, Sections 1512(a)(1)(A).

In furtherance of such agreement and conspiracy and to effect the objects thereof, the

defendants and unindicted co-conspirators committed the following overt acts, among others:

1. In or about October 2023, **MARIELLE TRAMANIE SMITH** offered to pay **JASON JAVON FRANKLIN** to kill Victim in retaliation for Victim's cooperation with federal law enforcement and to prevent Victim's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH** and **JASON JAVON FRANKLIN.**

2. In or about October 2023, JASON JAVON FRANKLIN agreed to kill Victim in retaliation for Victim's cooperation with federal law enforcement and to prevent Victim's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH** and **JASON JAVON FRANKLIN.**

3. On or about November 28, 2023, **SHERL DEAN BATISE** drove **JASON JAVON FRANKLIN** to Victim's residence so that **JASON JAVON FRANKLIN** could kill Victim.

4. On or about November 28, 2023, **JASON JAVON FRANKLIN** entered Victim's residence and killed Victim by shooting Victim with a firearm.

5. On or about November 28, 2023, **SHERL DEAN BATISE** drove back to the area of Victim's residence and picked up **JASON JAVON FRANKLIN** to avoid apprehension by law enforcement.

All in violation of Title 18, United States Code, Sections 1512(a)(1)(A), 1512(k), and 1512(j).

## COUNT THREE

### USE OF INTERSTATE COMMERCE FACILITIES IN THE COMMISSION OF MURDER FOR HIRE
### [18 U.S.C. §§ 1958 & 2]

Beginning in or about October 2023 and continuing until on or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **MARIELLE**

**TRAMANIE SMITH**, defendants, used an interstate commerce facility, to wit: a cellular phone, with the intent that the murder of Victim be committed, in violation of the laws of the State of Oklahoma and the United States, as consideration for receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States Currency, and conspired to do so, in violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT FOUR

### USE OF INTERSTATE COMMERCE FACILITIES IN THE COMMISSION OF MURDER FOR HIRE
### [18 U.S.C. §§ 1958 & 2]

On or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **SHERL DEAN BATISE**, defendants, used an interstate commerce facility, to wit: an automobile, with the intent that the murder of Victim be committed, in violation of the laws of the State of Oklahoma and the United States, as consideration for receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States Currency, and conspired to do so, in violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT FIVE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, 1152, & 2]

On or about November 28, 2023, within the Eastern District of Oklahoma, in Indian country, **JASON JAVON FRANKLIN**, a non-Indian, **MARIELLE TRAMANIE SMITH**, a non-Indian, and **SHERL DEAN BATISE,** a non-Indian, did willfully, deliberately, maliciously and with premeditation and malice aforethought, unlawfully kill Victim, an Indian, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1152 and 2.

## COUNT SIX

### MURDER IN PERPETRATION OF BURGLARY IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, 1152 & 2]

On or about November 28, 2023, within the Eastern District of Oklahoma, in Indian country, **JASON JAVON FRANKLIN,** a non-Indian, **MARIELLE TRAMANIE SMITH,** a non-Indian, and **SHERL DEAN BATISE,** a non-Indian, with malice aforethought, did unlawfully kill Victim, an Indian, in perpetration of burglary, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1152 and 2.

## COUNT SEVEN

### OBSTRUCTING JUSTICE BY RETALIATING AGAINST A WITNESS OR AN INFORMANT
### [18 U.S.C. §§ 1513(a)(1)(B) & 2]

On or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **MARIELLE TRAMANIE SMITH,** defendants, did kill Victim with the intent to retaliate against Victim for providing to a law enforcement officer information relating to the commission of a Federal offense, in violation of Title 18, United States Code, Sections 1513(a)(1)(B) and 2.

## COUNT EIGHT

### TAMPERING WITH A WITNESS OR INFORMANT BY KILLING
### [18 U.S.C. §§ 1512(a)(1)(A) & 2]

On or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **MARIELLE TRAMANIE SMITH,** defendants, did kill Victim with the intent to prevent the testimony of Victim in an official proceeding, in violation of Title 18, United States Code, Sections 1512(a)(1)(A) and 2.

## COUNT NINE

### ACCESSORY AFTER THE FACT
### [18 U.S.C. § 3]

Beginning on or about November 28, 2023, and continuing until on or about April 19, 2024, in the Eastern District of Oklahoma, **NICHOLES ANDREW KERR**, defendant, knowing that an offense against the United States had been committed, to wit: Conspiracy to Commit Murder as charged in Count One, Conspiracy to Tamper with a Witness by Killing as charged in Count Two, Use of Interstate Commerce Facilities in the Commission of Murder for Hire as charged in Counts Three and Four, Murder in Indian Country as charged in Count Five, Murder in Perpetration of Burglary as charged in Count Six, Obstructing Justice by Retaliating Against a Witness or Informant as charged in Count Seven, and Tampering with a Witness or Informant by Killing as charged in Count Eight; did receive, relieve, comfort, and assist the offenders, **JASON JAVON FRANKLIN** and **MARIELLE TRAMANIE SMITH**, in order to hinder and prevent the offender's apprehension, trial, and punishment, in violation of Title 18, United States Code Section 3.

## COUNT TEN

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING
### AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii) & (iii) & 2]

On or about November 28, 2023, within the Eastern District of Oklahoma, the defendant, **JASON JAVON FRANKLIN**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Murder in Indian Country as charged in Count Five and Murder in Perpetration of Burglary as charged in Count Six, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii) and 2.

## COUNT ELEVEN

### CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF TITLE 18 U.S.C. § 924(c)
**[18 U.S.C. §§ 924(j)(1) & 2]**

On or about November 28, 2023, within the Eastern District of Oklahoma, the defendant, **JASON JAVON FRANKLIN**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Murder in Indian Country as charged in Count Five and Murder in Perpetration of Burglary as charged in Count Six, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder, as defined in Title 18 United States Code § 1111, in that the defendant, **JASON JAVON FRANKLIN,** a non-Indian, did murder and unlawfully kill Victim, an Indian, with a firearm, in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

### FORFEITURE ALLEGATION
**[18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c)]**

The allegations contained in Counts One through Eleven of this Indictment are hereby re-alleged incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Eight of this Indictment involving violations of Title 18, United States Code, Sections 2, 1111(a), 1117, 1151, 1152, 1512(a)(1)(A), 1512(k), 1512(j), 1513(a)(1)(B), and 1958 the defendant, **JASON JAVON FRANKLIN**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

The property to be forfeited includes, but is not limited to, the following: an asset forfeiture money judgment in the amount of proceeds obtained by the defendant.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

RYAN CONWAY, NY BA # 5428149
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY