# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

             Plaintiff

             **v.**                Case No.:    CR-24-167-RAW-1

**JASON JAVON FRANKLIN,**    Date:    10/22/2024

            Defendant.    Time:    10:45 am – 10:57 am

## MINUTE SHEET – DETENTION HEARING

Jason A. Robertson, Judge      J. Church, Deputy Clerk    FTR Courtroom 3

Counsel for Plaintiff:   Ryan Conway and Jonathan Soverly, AUSA
Counsel for Defendant: Jill Webb and Doug Smith, AFPD

Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel

**MINUTES:** Defense stipulates that this is a rebuttable presumption case. Defense counsel, Doug Smith proceeds by proffer. Gov't Ryan Conway proceeds by proffer. Rest. Defense makes final argument. Government makes final argument. Nothing further by either party. Adjourn

## FINDINGS

☐  Defendant allowed to post bond in the amount of $_____ (unsecured) with conditions of release
☒  Court finds there is a serious risk that the defendant will not appear; defendant ordered detained
☒  Court finds there is a serious risk that the defendant will endanger the safety of another person or the community; defendant ordered detained
☒  Court finds Defendant is unlikely to abide by any condition or combination of conditions of release; defendant ordered detained
☒  Defendant remanded to custody of U.S. Marshal

☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: JC