



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

SEP 1 0 2025

RONNIE KACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.

**JASON JAVON FRANKLIN,
MARIELLE TRAMANIE SMITH,
SHERL DEAN BATISE,
NICHOLES ANDREW KERR, and
WILLIAM CLAYTON BROWN,**

        *Defendants.*

Case No. 24-CR-167-RAW

---

### SECOND SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### CONSPIRACY TO COMMIT MURDER
### [18 U.S.C. § 1117]

Beginning in or about October 2023, and continuing until on or about November 28, 2023, in the Eastern District of Oklahoma and elsewhere, **JASON JAVON FRANKLIN**, **MARIELLE TRAMANIE SMITH**, and **SHERL DEAN BATISE**, defendants, and others known and unknown, did knowingly and intentionally conspire, confederate, and agree together and with each other to violate Section 1111 of Title 18, United States Code.

In furtherance of such agreement and conspiracy and to effect the objects thereof, the defendants and unindicted co-conspirators committed the following overt acts, among others:

1. In or about October 2023, **MARIELLE TRAMANIE SMITH** offered to pay **JASON JAVON FRANKLIN** to kill Victim 1 in retaliation for Victim 1's cooperation with federal law enforcement and to prevent Victim 1's testimony in an official proceeding against **MARIELLE**

TRAMANIE SMITH and JASON JAVON FRANKLIN.

2. In or about October 2023, **JASON JAVON FRANKLIN** agreed to kill Victim 1 in retaliation for Victim 1's cooperation with federal law enforcement and to prevent Victim 1's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH** and **JASON JAVON FRANKLIN**.

3. On or about November 28, 2023, **SHERL DEAN BATISE** drove **JASON JAVON FRANKLIN** to Victim 1's residence so that **JASON JAVON FRANKLIN** could kill Victim 1.

4. On or about November 28, 2023, **JASON JAVON FRANKLIN** entered Victim 1's residence and killed Victim 1 by shooting Victim 1 with a firearm.

5. On or about November 28, 2023, **SHERL DEAN BATISE** drove back to the area of Victim 1's residence and picked up **JASON JAVON FRANKLIN** to avoid apprehension by law enforcement.

All in violation of Title 18, United States Code, Section 1117.

## COUNT TWO

### CONSPIRACY TO TAMPER WITH A WITNESS AND INFORMANT BY KILLING
### [18 U.S.C. §§ 1512(a)(1)(A), 1512(k), & 1512(j)]

Beginning in or about October 2023, and continuing until on or about November 28, 2023, in the Eastern District of Oklahoma and elsewhere, **JASON JAVON FRANKLIN, MARIELLE TRAMANIE SMITH,** and **SHERL DEAN BATISE,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree to commit the following offense against the United States, to wit: Tampering With a Witness and Informant by Killing with the intent to prevent the testimony of Victim 1 in an official proceeding, contrary to Title 18, United States Code, Sections 1512(a)(1)(A).

In furtherance of such agreement and conspiracy and to effect the objects thereof, the

defendants and unindicted co-conspirators committed the following overt acts, among others:

1. In or about October 2023, **MARIELLE TRAMANIE SMITH** offered to pay **JASON JAVON FRANKLIN** to kill Victim 1 in retaliation for Victim 1's cooperation with federal law enforcement and to prevent Victim 1's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH** and **JASON JAVON FRANKLIN**.

2. In or about October 2023, **JASON JAVON FRANKLIN** agreed to kill Victim 1 in retaliation for Victim 1's cooperation with federal law enforcement and to prevent Victim 1's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH** and **JASON JAVON FRANKLIN**.

3. On or about November 28, 2023, **SHERL DEAN BATISE** drove **JASON JAVON FRANKLIN** to Victim 1's residence so that **JASON JAVON FRANKLIN** could kill Victim 1.

4. On or about November 28, 2023, **JASON JAVON FRANKLIN** entered Victim 1's residence and killed Victim 1 by shooting Victim 1 with a firearm.

5. On or about November 28, 2023, **SHERL DEAN BATISE** drove back to the area of Victim 1's residence and picked up **JASON JAVON FRANKLIN** to avoid apprehension by law enforcement.

All in violation of Title 18, United States Code, Sections 1512(a)(1)(A), 1512(k), and 1512(j).

### COUNT THREE

### USE OF INTERSTATE COMMERCE FACILITIES IN THE COMMISSION OF MURDER FOR HIRE
### [18 U.S.C. §§ 1958 & 2]

Beginning in or about October 2023 and continuing until on or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **MARIELLE**

**TRAMANIE SMITH**, defendants, used an interstate commerce facility, to wit: a cellular phone, with the intent that the murder of Victim 1 be committed, in violation of the laws of the State of Oklahoma and the United States, as consideration for receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States Currency, and conspired to do so, in violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT FOUR

### USE OF INTERSTATE COMMERCE FACILITIES IN THE COMMISSION OF MURDER FOR HIRE
### [18 U.S.C. §§ 1958 & 2]

On or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **SHERL DEAN BATISE**, defendants, used an interstate commerce facility, to wit: an automobile, with the intent that the murder of Victim 1 be committed, in violation of the laws of the State of Oklahoma and the United States, as consideration for receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States Currency, and conspired to do so, in violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT FIVE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, 1152, & 2]

On or about November 28, 2023, within the Eastern District of Oklahoma, in Indian country, **JASON JAVON FRANKLIN**, a non-Indian, **MARIELLE TRAMANIE SMITH**, a non-Indian, and **SHERL DEAN BATISE**, a non-Indian, did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully kill Victim 1, an Indian, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1152 and 2.

## COUNT SIX

### MURDER IN PERPETRATION OF BURGLARY IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151, 1152, 2, & 13 & 21 O.S.A. § 1431]

On or about November 28, 2023, within the Eastern District of Oklahoma, in Indian country, **JASON JAVON FRANKLIN**, a non-Indian, **MARIELLE TRAMANIE SMITH**, a non-Indian, and **SHERL DEAN BATISE**, a non-Indian, with malice aforethought, did unlawfully kill Victim 1, an Indian, in perpetration of burglary, in violation of Title 18, United States Code, Sections 1111(a), 1151, 1152, 2, and 13, and Title 21, Oklahoma State Statutes, Section 1431.

## COUNT SEVEN

### OBSTRUCTING JUSTICE BY RETALIATING AGAINST A WITNESS OR AN INFORMANT
### [18 U.S.C. §§ 1513(a)(1)(B) & 2]

On or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **MARIELLE TRAMANIE SMITH**, defendants, did kill Victim 1 with the intent to retaliate against Victim 1 for providing to a law enforcement officer information relating to the commission of a Federal offense, in violation of Title 18, United States Code, Sections 1513(a)(1)(B) and 2.

## COUNT EIGHT

### TAMPERING WITH A WITNESS OR INFORMANT BY KILLING
### [18 U.S.C. §§ 1512(a)(1)(A) & 2]

On or about November 28, 2023, in the Eastern District of Oklahoma, **JASON JAVON FRANKLIN** and **MARIELLE TRAMANIE SMITH**, defendants, did kill Victim 1 with the intent to prevent the testimony of Victim 1 in an official proceeding, in violation of Title 18, United States Code, Sections 1512(a)(1)(A) and 2.

## COUNT NINE

### ACCESSORY AFTER THE FACT
### [18 U.S.C. § 3]

Beginning on or about November 28, 2023, and continuing until on or about April 19, 2024, in the Eastern District of Oklahoma, **NICHOLES ANDREW KERR**, defendant, knowing that an offense against the United States had been committed, to wit: Conspiracy to Commit Murder as charged in Count One, Conspiracy to Tamper with a Witness by Killing as charged in Count Two, Use of Interstate Commerce Facilities in the Commission of Murder for Hire as charged in Counts Three and Four, Murder in Indian Country as charged in Count Five, Murder in Perpetration of Burglary as charged in Count Six, Obstructing Justice by Retaliating Against a Witness or Informant as charged in Count Seven, and Tampering with a Witness or Informant by Killing as charged in Count Eight, did receive, relieve, comfort, and assist the offenders, **JASON JAVON FRANKLIN** and **MARIELLE TRAMANIE SMITH**, in order to hinder and prevent the offenders' apprehension, trial, and punishment, in violation of Title 18, United States Code Section 3.

## COUNT TEN

### USE, CARRY, BRANDISH, AND DISCHARGE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii) & 2]

On or about November 28, 2023, within the Eastern District of Oklahoma, the defendant, **JASON JAVON FRANKLIN**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country as charged in Count Five and Murder in Perpetration of Burglary as charged in Count Six, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii) and 2.

## COUNT ELEVEN

## CAUSING THE DEATH OF A PERSON IN THE COURSE OF A VIOLATION OF TITLE 18 U.S.C. § 924(c)
[18 U.S.C. §§ 924(j)(1) & 2]

On or about November 28, 2023, within the Eastern District of Oklahoma, the defendant, **JASON JAVON FRANKLIN**, did knowingly use, carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder in Indian Country as charged in Count Five and Murder in Perpetration of Burglary as charged in Count Six, and in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder, as defined in Title 18 United States Code § 1111, in that the defendant, **JASON JAVON FRANKLIN,** a non-Indian, did murder and unlawfully kill Victim 1, an Indian, with a firearm, in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

## COUNT TWELVE

## CONSPIRACY TO COMMIT MURDER
[18 U.S.C. § 1117]

On or about July 11, 2025, in the Eastern District of Oklahoma and elsewhere, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN**, defendants, and others known and unknown, did knowingly and intentionally conspire, confederate, and agree together and with each other to violate Section 1111 of Title 18, United States Code.

In furtherance of such agreement and conspiracy and to effect the objects thereof, the defendants and unindicted co-conspirators committed the following overt acts, among others:

1. On or about July 11, 2025, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN** were transported to the United States District Court for the Eastern District of Oklahoma for court appearances.

2. On or about July 11, 2025, **MARIELLE TRAMANIE SMITH** appeared in court for a hearing.

3. On or about July 11, 2025, **WILLIAM CLAYTON BROWN** appeared in court for a hearing.

4. On or about July 11, 2025, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN** were transported from the United States District Court for the Eastern District of Oklahoma.

5. On or about July 11, 2025, **WILLIAM CLAYTON BROWN** agreed with **MARIELLE TRAMANIE SMITH** to kill Victim 2 in retaliation for Victim 2's cooperation with federal law enforcement and to prevent Victim 2's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH, JASON JAVON FRANKLIN**, and **SHERL DEAN BATISE.**

6. On or about July 11, 2025, **WILLIAM CLAYTON BROWN**, and others known and unknown, stabbed Victim 2 multiple times.

All in violation of Title 18, United States Code, Section 1117.

## COUNT THIRTEEN

### CONSPIRACY TO TAMPER WITH A WITNESS AND INFORMANT BY KILLING
### [18 U.S.C. §§ 1512(a)(1)(A), 1512(k), & 1512(j)]

On or about July 11, 2025, in the Eastern District of Oklahoma and elsewhere, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN**, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree to commit the following offense against the United States, to wit: Tampering With a Witness and Informant by Killing with the intent to prevent the testimony of Victim 2 in an official proceeding, contrary to Title 18, United States Code, Sections 1512(a)(1)(A).

In furtherance of such agreement and conspiracy and to effect the objects thereof, the defendants and unindicted co-conspirators committed the following overt acts, among others:

1. On or about July 11, 2025, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN** were transported to the United States District Court for the Eastern District of Oklahoma for court appearances.

2. On or about July 11, 2025, **MARIELLE TRAMANIE SMITH** appeared in court for a hearing.

3. On or about July 11, 2025, **WILLIAM CLAYTON BROWN** appeared in court for a hearing.

4. On or about July 11, 2025, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN** were transported from the United States District Court for the Eastern District of Oklahoma.

5. On or about July 11, 2025, **WILLIAM CLAYTON BROWN** agreed with **MARIELLE TRAMANIE SMITH** to kill Victim 2 in retaliation for Victim 2's cooperation with federal law enforcement and to prevent Victim 2's testimony in an official proceeding against **MARIELLE TRAMANIE SMITH**, **JASON JAVON FRANKLIN**, and **SHERL DEAN BATISE**.

6. On or about July 11, 2025, **WILLIAM CLAYTON BROWN**, and others known and unknown, stabbed Victim 2 multiple times.

All in violation of Title 18, United States Code, Sections 1512(a)(1)(A), 1512(k), and 1512(j).

### COUNT FOURTEEN

### OBSTRUCTING JUSTICE BY RETALIATING AGAINST A WITNESS OR AN INFORMANT
### [18 U.S.C. §§ 1513(a)(1)(B) & 2]

On or about July 11, 2025, in the Eastern District of Oklahoma and elsewhere, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN**, defendants, did attempt to kill Victim 2 with the intent to retaliate against Victim 2 for providing to a law enforcement officer information relating to the commission of a Federal offense, in violation of Title 18, United States Code, Sections 1513(a)(1)(B) and 2.

### COUNT FIFTEEN

### TAMPERING WITH A WITNESS OR INFORMANT BY ATTEMPTING TO KILL
### [18 U.S.C. §§ 1512(a)(1)(A) & 2]

On or about July 11, 2025, in the Eastern District of Oklahoma and elsewhere, **MARIELLE TRAMANIE SMITH** and **WILLIAM CLAYTON BROWN**, defendants, did attempt to kill Victim 2 with the intent to prevent the testimony of Victim 2 in an official proceeding, in violation of Title 18, United States Code, Sections 1512(a)(1)(A) and 2.

### NOTICE OF SPECIAL FINDINGS PURSUANT TO
### TITLE 18, UNITED STATES CODE, SECTIONS 3591 AND 3592

**The Grand Jury further finds:**

1. The allegations of Counts Two through Eight and Count Eleven of this Superseding Indictment are realleged and incorporated by reference as though set forth fully herein.

2. As to Counts Two through Eight and Count Eleven, defendant, **JASON JAVON FRANKLIN**:

    a.    was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

    b.    intentionally killed the victim (18 U.S.C. § 3591(a)(2)(A));

c.    intentionally inflicted serious bodily injury that resulted in the death of the victim (18 U.S.C. § 3591(a)(2)(B));

d.    intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

e.    intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

f.    committed the offenses charged in Counts Two through Eight and Count Eleven after having previously been convicted of a State offense punishable by a term of imprisonment of more than 1 year, involving the use, attempted use, and threatened use of a firearm against another person (18 U.S.C. § 3592(c)(2));

g.    committed the offenses charged in Counts Two through Eight and Count Eleven as consideration for the receipt, and in the expectation of the receipt, of anything of pecuniary value (18 U.S.C. § 3592(c)(8)); and

h.    committed the offenses charged in Counts Two through Eight and Count Eleven after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)).

3. As to Counts Two, Three, and Five through Eight, defendant, **MARIELLE TRAMANIE SMITH**:

a.    was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

b.    intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

c.    intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and the victim died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

d.    committed the offenses charged in Counts Two, Three, and Five through Eight after having previously been convicted of a State offense punishable by a term of imprisonment of more than 1 year, involving the use, attempted use, and threatened use of a firearm against another person (18 U.S.C. § 3592(c)(2));

e.    committed the offenses charged in Counts Two, Three, and Five through Eight after having previously been convicted of another State offense resulting in the death of a person, for which a sentence of life imprisonment and a sentence of death was authorized by statute (18 U.S.C. § 3592(c)(3));

f.    committed the offenses charged in Counts Two, Three, and Five through Eight by procuring the commission of the offense by payment, and promise of payment, of anything of pecuniary value (18 U.S.C. § 3592(c)(7)); and

g.    committed the offenses charged in Counts Two, Three, and Five through Eight after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

GREGORY DUAN BURRIS, OBA #16995
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY