OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF OKLAHOMA

RECEIVED

SEP 1 1 2025

U.S. Marshals
Eastern Oklahoma

United States of America )
v. )
)
) Case No. CR-24-167-RAW
)
MARIELLE TRAMANIE SMITH )
*Defendant* )

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
### MARIELLE TRAMANIE SMITH
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Ct. 1: Conspiracy to Commit Murder
Ct. 2: Conspiracy to Tamper with a Witness and Informant by Killing
Ct. 3: Use of Interstate Commerce Facilities in the Commission of Murder for Hire
Ct. 5: Murder in Indian Country
Ct. 6: Murder in Perpetration of Burglary in Indian Country
Ct. 7: Obstructing Justice by Retaliating Against a Witness or an Informant
Ct. 8: Tampering with a Witness or Informant by Killing
Ct. 12: Conspiracy to Commit Murder
Ct. 13: Conspiracy to Tamper with a Witness and Informant by Killing
Ct. 14: Obstructing Justice by Retaliating Against a Witness or an Informant
Ct. 15: Tampering with a Witness or Informant by Attempting to Kill

FILED

SEP 12 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

DATE: 09/10/2025
Muskogee, Oklahoma



*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: _Tori moore_
_____
*Deputy Clerk*

| Return | |
|---|---|
| This warrant was received on *(date)* 9/11/25 , and the person was arrested on *(date)* 10/24/24 at *(city and state)* USMS EOK . | |
| Date:  9/12/25 | _____ <br> *Arresting officer's signature* <br> DUSM MICHAEL SPARKMAN <br> *Printed name and title* |