**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**JASON JAVON FRANKLIN,**<br>**MARIELLE TRAMANIE SMITH,**<br>**SHERL DEAN BATISE,**<br>**NICHOLES ANDREW KERR, and**<br>**WILLIAM CLAYTON BROWN,**<br><br>***Defendants.*** | **Case No. 24-CR-167-RAW** |

**JOINT STATUS REPORT**

COMES NOW, the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, Gregory Dean Burris and Richard J. Lorenz, Assistant United States Attorneys, and Steven Loew, Trial Attorney with the United States Department of Justice, as well as Counsel for Defendant Jason Franklin, and submit this Joint Status Report ("JSR") regarding the progression of the case pursuant to this Court's Order. (Doc. No. 133).

The United States produced discovery to counsel for the Defendants, including law enforcement reports, multimedia evidence (including audio and video evidence), photographs, and other records to include electronic device evidence via internet transfer. Additionally, the United States produced discovery via an external hard drive of additional digital video evidence that could not be transmitted via internet transfer. In total, the discovery productions are marked via Bates Stamp 00000001-00065813. The discovery productions also include media that totaled 51.9 GBs of data.

On January 26, 2026, Defendant Franklin sent the United States a second discovery letter

with a detailed list of discovery that his counsel believes exists but has not yet been disclosed.

All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available. Additionally, the United States is working with the Federal Bureau of Investigation to arrange a date and time to view the physical evidence in this case.

Finally, the United States has circulated a Motion for a Comprehensive Scheduling Order for review by Defense Counsel in compliance with Local Rule 12.1. This will be filed with the Court forthwith after receiving the response of all Counsel.

Respectfully submitted,

CHRISTOPHER J. WILSON

United States Attorney

s/Gregory Dean Burris
GREGORY DEAN BURRIS
OBA # 16995
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5100
Dean.Burris@usdoj.gov

s/*Richard J. Lorenz*
RICHARD J. LORENZ
PA Bar # 314423
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5100
Richard.Lorenz@usdoj.gov

s/*Steven Loew*
STEVEN LOEW, WV Bar # 7412
Trial Attorney
Department of Justice
1301 NY Ave. NW
Washington, DC 20530
(301) 807-0302
Steven.Loew2@usdoj.gov

s/ Douglas Smith
Douglas Smith
E-mail: Douglas_Smith@fd.org
**Attorney for Defendant Franklin**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Thomas Wright, Josh Moore, and J. Wesley Bryant, Counsel for Marielle Tramanie Smith

Kimberly Sharkey, Carmen Brooks, and Douglas G. Smith II, Counsel for Jason Javon Franklin

Carla Stinnet, Counsel for Nicholes Andrew Kerr

Lance Phillips, Counsel for Sherl Dean Batise

Shena Burgess, Counsel for William Clayton Brown

*/s/ Richard J. Lorenz*
RICHARD J. LORENZ
Assistant United States Attorney