UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
Plaintiff, )
)
VS. ) NO. CR-24-167-RAW-03
SHERL DEAN BATISE, )
Defendant. )

INITIAL APPEARANCE HEARING

BEFORE THE HONORABLE GERALD L. JACKSON

UNITED STATES MAGISTRATE JUDGE

SEPTEMBER 17, 2024

A P E A R A N C E S:

FOR THE PLAINTIFF: MR. RYAN CONWAY & MR. JONATHAN SOVERLY, Assistant U.S. Attorneys, 520 Denison Avenue, Muskogee, Oklahoma 74401

FOR THE DEFENDANT: MR. LANCE B. PHILLIPS, 7 S Mickey Mantle Dr., Suite 377, Oklahoma City, Oklahoma 73104

COURT REPORTER: KARLA McWHORTER
U. S. COURT REPORTER

**COURT IN SESSION**

(11:00 a.m.)

THE COURT: All right. You may be seated.

All right. Good morning, everyone. We are here on the record in Case Number MJ-24-293, United States of America Sheryl (sic) Dean Batise.

Am I pronouncing that correctly?

MR. PHILLIPS: Your Honor, his first name is pronounced Sherl.

THE COURT: Sherl. All right; I apologize for that.

All right. Mr. Batise is present and is in custody.

Will counsel please enter their appearances?

MR. CONWAY: Ryan Conway and Jonathan Soverly for the United States, Your Honor.

THE COURT: For the Defendant?

MR. PHILLIPS: Lance Phillips on behalf of Mr. Batise, Your Honor, who is present in custody and ready to proceed.

THE COURT: All right. Very well.

Mr. Batise, you are before the Court today for an initial appearance because a Complaint and Affidavit have been filed against you. In this proceeding I will advise you of the charges against you, as well as your rights.

You have the right not to make any statement and any statement you make can be used against you. You have

the right to be represented by counsel. You can hire and pay for an attorney and if you cannot afford an attorney, the Court will appoint one for you.

All right. Mr. Batise, is this your signature on the financial affidavit down here?

THE DEFENDANT: (Inaudible)

THE COURT: You will need to speak up, sir.

THE DEFENDANT: Yes, sir.

THE COURT: Okay, all right. I know, those microphones don't pick up very well. I apologize about that.

All right. Based on the information in the financial affidavit, I find that you are eligible for the appointment of counsel.

Would you like me to appoint Mr. Phillips as your attorney?

THE DEFENDANT: Yes, sir.

THE COURT: All right. Does the government have any objection to the appointment of counsel?

MR. CONWAY: No objection, Your Honor.

THE COURT: All right. I have assigned the order appointing Mr. Phillips as counsel for the Defendant, and it will be filed of record.

Mr. Phillips, did you have a chance to speak with your client before today's proceeding?

MR. PHILLIPS: For about two minutes, Judge.

THE COURT: All right. Well, if at any point today you need some additional time to speak privately, just let me know and we will give you that opportunity.

MR. PHILLIPS: Thank you.

THE COURT: Okay, all right. Will the government please state the general nature of the charges contained in the Complaint, as well as the possible punishment for that charge?

MR. CONWAY: Yes, Your Honor. The Defendant is charged with Murder in Indian Country in violation of Title 18, United States Code, Sections 1111, 1151, 1152 and Section 2.

The punishment for which is Life or Death, a $250,000.00 fine, five years of supervised release and a $100.00 mandatory special assessment.

THE COURT: All right. And that's 1111(a,) right?

MR. CONWAY: Yes, Your Honor.

THE COURT: All right. Mr. Batise, did you hear the government's announcement of the charges against you?

THE DEFENDANT: Yes, sir.

THE COURT: And did you also hear the approximate range of punishment for that charge?

THE DEFENDANT: Yes, sir.

THE COURT: Did you receive a copy of the Complaint and the Affidavit?

THE DEFENDANT: Yes, sir.

THE COURT: And did you have a chance to review that and discuss it with your lawyer, at least briefly?

THE DEFENDANT: Yes, sir.

THE COURT: Okay, all right. Is your name spelled correctly on the criminal complaint?

THE DEFENDANT: Yes, sir, it is.

THE COURT: Okay. And is that your legal name Sherl Dean Batise?

THE DEFENDANT: Yes, sir.

THE COURT: Have you ever gone by any other names?

THE DEFENDANT: Sherl Dean Massey when I was younger, but. . .

THE COURT: Dean Massey?

THE DEFENDANT: Yes.

THE COURT: Okay, but is Sherl Dean Batise your legal name?

THE DEFENDANT: Yes, sir.

THE COURT: Okay, all right Mr. Batise, you have a right to a preliminary hearing at which time the government must present evidence showing probable cause exists to believe that you committed the crime alleged in the Complaint. At this hearing you or your attorney will have the opportunity to cross-examine witnesses and to

present your own evidence.

Additionally, the government has filed a Motion for Detention based on the fact that the charged crime is a crime of violence and has a maximum term of life imprisonment or death; it is a felony that involves a possession of a firearm or other dangerous weapon; a serious risk the Defendant will flee; serious risk the Defendant will obstruct or attempt to obstruct justice; and a serious risk that the Defendant will threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness or juror.

Based on the government's motion, Mr. Batise, you also have the right to what we call a detention hearing. At that hearing the Court will determine whether there are conditions of release that will reasonably assure your appearance and the safety of others or the community, or that you will be detained pending trial.

Mr. Phillips, have you had a chance to discuss the preliminary hearing and detention hearing rights with your client?

MR. PHILLIPS: I have, Your Honor, and we would request both at this time.

THE COURT: Okay. My understanding was you were looking at Monday; is that correct? Is that a good time?

MR. PHILLIPS: That's correct, Your Honor.

THE COURT: Okay, all right. I do have Monday

afternoon available, so 1:30 or later. Anybody have a preference for time?

MR. PHILLIPS: I would just as soon do it at 1:30, Judge.

THE COURT: Okay. Does that work for the government?

MR. CONWAY: It does, Your Honor.

THE COURT: All right. We will set the preliminary hearing and detention hearing for Monday, September the 23rd at 1:30 p.m. That will be in this courtroom in person.

All right. The Defendant will be remanded to the custody of the United States Marshal pending the preliminary and detention hearings.

Anything else from the government?

MR. CONWAY: No, Your Honor.

THE COURT: Anything else from Defendant?

MR. PHILLIPS: No, Your Honor. Thank you.

THE COURT: All right. The Defendant is remanded to the custody of the United States Marshal pending further proceedings, and we are adjourned.

(END OF PROCEEDINGS)

**C E R T I F I C A T E**

I, KARLA McWHORTER, Certified Shorthand Reporter and Registered Professional Reporter, do hereby certify that the foregoing Certified Transcript, as prepared, is a transcription of all requested matters contained on the recorded proceeding and has been done to the best of my skills, ability and understanding.

I further certify that I am not employed by nor related to any party in this action, and that I am in no way interested in the outcome of this matter.

Certified this 20th day of May 2026.

***/s/Karla McWhorter***

United States Court Reporter
918-781-3393
karla_mcwhorter@oked.uscourts.gov