**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**JASON JAVON FRANKLIN,**<br>**MARIELLE TRAMANIE SMITH,**<br>**SHERL DEAN BATISE,**<br>**NICHOLES ANDREW KERR, and**<br>**WILLIAM CLAYTON BROWN,**<br><br>***Defendants.*** | **Case No. 24-CR-167-RAW** |

**JOINT STATUS REPORT**

COMES NOW, the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, Gregory Dean Burris and Jonathan Soverly, Assistant United States Attorneys, and Steven Loew, Trial Attorney with the United States Department of Justice, as well as Defendants; Jason Javon Franklin, Sherl Dean Batise, and William Clayton Brown and submit this Joint Status Report ("JSR") regarding the progression of the case pursuant to this Court's Order. (Doc. No. 243).

The United States produced additional discovery to counsel for the Defendants, on September 8, 2026, and September 15, 2026, including law enforcement reports, multimedia evidence (including video evidence), photographs, and other records to include electronic device evidence via internet transfer. Additionally, the United States produced discovery via an external hard drive of additional digital video evidence that could not be transmitted via internet transfer on September 8, 2026. In total, the discovery productions are marked via Bates Stamp 105,471 – 279,100. The discovery productions include media that totaled more than 1 terabyte of data.

The discovery process is ongoing, and the parties remain in communication with each other to productively resolve potential areas of dispute. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/Gregory Dean Burris
GREGORY DEAN BURRIS
OBA # 16995
Assistant United States Attorney
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5100
Dean.Burris@usdoj.gov

s/*Steven Loew*
STEVEN LOEW, WV Bar # 7412
Trial Attorney
Department of Justice
1301 NY Ave. NW
Washington, DC 20530
(301) 807-0302
Steven.Loew2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Thomas Wright, Josh Moore, and J. Wesley Bryant, Counsel for Marielle Tramanie Smith
Douglas G. Smith II, Counsel for Jason Javon Franklin
Carla Stinnet, Counsel for Nicholes Andrew Kerr
Lance Phillips, Counsel for Sherl Dean Batise
Marny Hill, Counsel for William Clayton Brown

s/Gregory Dean Burris
GREGORY DEAN BURRIS
Assistant United States Attorney